**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

MICHAEL D. FRAZIER,
ADC #151108                                                                                            PLAINTIFF

V.                           CASE NO. 3:13CV00221 KGB/BD

JOHN CAWLEY, et al.                                                                                  DEFENDANTS

**ORDER**

Plaintiff Michael D. Frazier, an inmate in the Greene County Detention Facility, has filed a pro se complaint under 42 U.S.C. § 1983 and has moved to proceed *in forma pauperis* ("IFP").[1] (Docket entries #1 and #2) Because Mr. Frazier has not provided required documentation, his request to proceed IFP cannot be granted.

The Clerk of Court is directed to send Mr. Frazier a copy of this order and a new IFP application form. Mr. Frazier must return the completed application, including an accompanying affidavit and jail account information, within thirty days if he wishes to proceed IFP. In the alternative, he may pay the $400.00 filing fee within thirty days. If he does neither, however, the lawsuit will be dismissed.

---

[1] Local Rule 5.5(c)(2) includes requirements for parties who are not represented by counsel. They must: promptly notify the Clerk and other parties in the case of any change in address; monitor the progress of the case and prosecute or defend the case diligently; sign all pleadings and include a current address, zip code, and telephone number; and be familiar with and follow both Local Rules and the Federal Rules of Civil Procedure. Any plaintiff not represented by counsel must respond to communications from the Court within thirty (30) days, or the case can be dismissed.

If Mr. Frazier is allowed to proceed IFP, he will still have to pay a $350.00 filing fee, but he will be allowed to pay the fee in monthly installments.[2] 28 U.S.C. §1915(b)(1).

In his complaint, Mr. Fraizer alleges that his constitutional rights were violated at the Greene County Detention Center in May of 2013. He also alleges that both before and after his assignment to the Technical Violations Program in Malvern, Arkansas, he was subjected to unconstitutional conditions of confinement and his medical needs ignored.

Plaintiffs cannot bundle multiple claims arising from different events that occurred at different times in one lawsuit. That is what Mr. Frazier has attempted to do in this complaint. He must file an amended complaint. In that amended complaint, he may assert only <u>one</u> constitutional claim. He may not include multiple claims arising from different factual scenarios and different time periods.

If Mr. Fraizer fails to comply with this Order, the Court may dismiss some or all of his claims. He has thirty days to file an amended complaint.

IT IS SO ORDERED this 23rd day of October, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

---

[2] Effective May 1, 2013, the cost of filing a civil lawsuit in federal court was increased from $350.00 to $400.00. However, if an individual is granted *in forma pauperis* status, the additional $50.00 is waived, and the filing fee remains $350.00.