IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**MICHAEL D. FRAZIER**                                                       **PLAINTIFF**

v.                    **Case No. 3:13-cv-00221 KGB-BD**

**JOHN CAWLEY, et al.**                                               **DEFENDANTS**

**ORDER**

Plaintiff Michael D. Frazier, an inmate at the Greene County Detention Facility, filed this lawsuit *pro se* and moved for leave to proceed *in forma pauperis* (Dkt. Nos. 1, 2). Because his application did not meet statutory requirements, Mr. Frazier's *in forma pauperis* motion was denied (Dkt. No. 3). Mr. Frazier was ordered to submit a complete application or to pay the $400 filing fee within 30 days. Mr. Frazier was also ordered to file an amended complaint within 30 days. Mr. Frazier was warned that, if he failed to satisfy the filing fee requirement and amend his complaint, his case could be dismissed.

Mr. Frazier has not complied with the Court's October 23, 2013 Order. He has not satisfied the filing fee, and he has not amended his complaint. Accordingly, Mr. Frazier's claims are dismissed without prejudice under Local Rule 5.5(c)(2) for failure to comply with a Court Order. The Clerk of Court is directed to close this case.

SO ORDERED this 3rd day of December, 2013.

*/s/ Kristine G. Baker*
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE