**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**MICHAEL D. FRAZIER**                                                                 **PLAINTIFF**

v.                            **Case No. 3:13-cv-00221 KGB-BD**

**JOHN CAWLEY, et al.**                                                              **DEFENDANTS**

**JUDGMENT**

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed without prejudice.

SO ORDERED this 3rd day of December, 2013.

*/s/ Kristine G. Baker*
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE