IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**MICHAEL D. FRAZIER**                                                                 **PLAINTIFF**

**v.**                                   **Case No. 3:13-cv-00221 KGB-BD**

**JOHN CAWLEY, et al.**                                                              **DEFENDANTS**

**ORDER**

Plaintiff Michael D. Frazier has not complied with the Court's October 23, 2013, or January 8, 2014, Orders (Dkt Nos. 3, 10). He has not satisfied the filing fee, and he has not amended his complaint. Accordingly, Mr. Frazier's claims are dismissed without prejudice under Local Rule 5.5(c)(2) for failure to comply with a Court Order. The Clerk of Court is directed to close this case.

SO ORDERED this 2nd day of April, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE