IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**MICHAEL D. FRAZIER**                                                                              **PLAINTIFF**

v.                              **Case No. 3:13-cv-00221 KGB-BD**

**JOHN CAWLEY, et al.**                                                                           **DEFENDANTS**

<u>**JUDGMENT**</u>

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed without prejudice.

SO ORDERED this 2nd day of April, 2014.

                                                                                                  _____
                                                                                                  KRISTINE G. BAKER
                                                                                                  UNITED STATES DISTRICT JUDGE